Case 2:07-cv-04130-JVS-CW   Document 65   Filed 03/19/12   Page 1 of 1   Page ID #:313

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. JONES, | No. CV 07-4130-JVS(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| A. HEDGPETH, | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:  March 19, 2012

_____
JAMES V. SELNA
United States District Judge